FILED
CHARLOTTE, NC

DEC 17 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:10mj213 and 3:10mj214

| | | |
|---|---|---|
| IN RE: SEARCH WARRANTS | ) | ORDER TO UNSEAL |
| | ) | |

On the government's motion to unseal the above-captioned search and seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal each of these files.

Signed this the 17th day of December, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE